■ DAMON KOVELSKY, an Infant, by His Mother and Natural Guardian, GLORIA KOVELSKY, Appellant, v CITY UNIVERSITY OF NEW YORK, Respondent. (Claim No. 79257.) [634 NYS2d 1] —Judgment, Court of Claims (Albert Blinder, J.), entered January 26, 1994, which upon a grant of defendant's motion to dismiss, made at the conclusion of the nonjury trial, dismissed the claim, unanimously affirmed, without costs.

Claimant failed to establish that defendant had created a dangerous condition, or had constructive or actual knowledge that there was moisture on the second floor of the building and that defendant could have prevented the condition through reasonable care (*Miller v Gimbel Bros.*, 262 NY 107).

Defendant was not required to cover all of its floors with mats, nor to continuously mop up all moisture resulting from tracked-in, melting snow (*Seiden v National Commercial Bank & Trust*, 57 Misc 2d 132). Here, the discovery of the wet floor was essentially contemporaneous with the accident itself (*Boccaccino v Our Lady of Pity R. C. Church*, 18 AD2d 1055). Concur—Murphy, P. J., Sullivan, Wallach, Ross and Williams, JJ.